PS 42
(8/96 D/CO)

# United States District Court

## District of Colorado

United States of America )
)
vs )
Shamone HICKS ) Case No. 13CR00290-CMA-001
)

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Shamone HICKS, have discussed with Shelley Seacotte, Probation Officer, modification of my release as follows:

1. The defendant shall submit to any testing required by the pretrial services office or the supervising officer to determine whether the defendant is using a prohibited substance. Any testing may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or monitoring which is (are) required as a condition of release. The defendant shall pay the cost of any testing or monitoring as directed by the probation officer.

2. The defendant shall undergo medical or psychiatric treatment.

I consent to this modification of my release conditions and agree to abide by this modification.

_Shamone Hicks_  8/27/13    _Shelley Seacotte_  8/27/13
Signature of Defendant    Date    Probation Officer    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_    8/27/13
Signature of Defense Counsel    Date

_J. Mackey_    8-27-13
Signature of Assistant U.S. Attorney    Date

[X] The above modification of conditions of release is ordered, to be effective on 9/26/13.

[ ] The above modification of conditions of release is not ordered.

_Michael E Hegarty_    9/26/13
Signature of Judicial Officer    Date