**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 13-cr-00290-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SHAMONE HICKS,

    Defendant.

---

**ORDER DISMISSING INDICTMENT AND VACATING TRIAL DATES**

---

This matter is before the Court upon the Government's Motion To Dismiss Indictment Without Prejudice (Doc. # 82). The Court having considered the motion, and being fully advised, hereby

ORDERS that the Indictment is DISMISSED WITHOUT PREJUDICE, and the Final Trial Preparation Conference scheduled for January 24, 2014, and the four-day Jury Trial set to commence February 3, 2014, are VACATED.

IT IS FURTHER ORDERED that, in light of the dismissal of the indictment in this matter, the Order Setting Conditions of Release (Doc. # 9) and the Consent Order to Modify Conditions of Release (Doc. # 26) are hereby VACATED.

DATED: December __20__, 2013

                        BY THE COURT:

                        _____
                        CHRISTINE M. ARGUELLO
                        United States District Judge